IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NORMA S.,

    Plaintiff,

      v.

                    CIVIL ACTION FILE
                    NO. 1:17-CV-4620-TWT

THE COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

**ORDER**

      This is an action seeking judicial review of a decision by the commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending granting the Commissioner's Motion to Dismiss [Doc. 9]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Commissioner's Motion to Dismiss [Doc. 9] is GRANTED. The Motion for Summary Judgment [Doc. 10] is DENIED as moot.

SO ORDERED, this 5 day of September, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge